United States District Court
Middle District of Florida
Jacksonville Division

FILED
2015 OCT -7 PM 2:23
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

Melvin Gene Wright - Plaintiff

3:15-CV-1197-J-39JBT

Community Rehabilitation Center
632 Beechwood St
Jacksonville, Florida 32206
904. 358-1212

Title of Pleading
Discrimination & Wage Theft.

I was hired Oct. 2008 as a behavioral health professional. Dec. 2012 I was promoted to Case Manager; with a attached salary of $36.000 per year. I was seen to get my certification well I did. I work as Case Manager from 12/12 till 10/13 at the same salary as behavioral health professional. I inquired about my increase all the way to the board of director, but failed to see an income in my salary. My white colleagues received their salary increase immediately after promotion. Such as Mr. Jeff Skelton white Dr Counselor, Mr Thomas Salter white Intake Specialist, Mr. Ronnie Tombit white intake specialist.

In addition. I was denied an office which would allow me to perform my job in a professional manner. All what mentioned colleagues were all assigned to an office to perform their jobs. I was terminated Oct 2013 and it was vague as to why; But obvious reason it was due to I was attempting to gain what was just.

※ I am asking the court to visit this matter of discrimination and wage theft.

An I would like to be confinsated for the wage difference that I am due for the time I worked as case manager Dec. 2012 - Oct. 2013 + 200 hr vacation that was on the book when terminated at the interest rate compounded Also punative damage of Such. + Court Cost

Melvin D Wright
Melvin Geene Wright
1920 Silver Street
Jacksonville Florida
32206
phone # 904 655-4372