UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MELVIN GENE WRIGHT,

      Plaintiff,

v.                              CASE NO. 3:15-cv-1197-J-39JBT

COMMUNITY REHABILITATION
CENTER,

      Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*.

The operative version of Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 120 days after the
> complaint is filed, the court—on motion or on its own after
> notice to the plaintiff—must dismiss the action without
> prejudice against that defendant or order that service be
> made within a specified time. But if the plaintiff shows
> good cause for the failure, the court must extend the time
> for service for an appropriate period.[1]

The Amended Complaint was filed on November 16, 2015. (Doc. 4.) Thus, as the

Court previously informed Plaintiff, service on Defendant was due no later than

March 15, 2016. (Doc. 5 at 2, 6.) To date, Plaintiff has failed to file proof of service,

and it appears that no summons has even been presented to the Clerk for issuance.

However, based on Plaintiff's pro se status and his apparent lack of

---

[1] This version of the rule, which was subsequently amended to allow only 90 days
for service, was in effect at the time the Amended Complaint (Doc. 4) was filed. *See* Fed.
R. Civ. P. 4(m).

understanding regarding service of process, the Court will *sua sponte* provide Plaintiff with an extension of time to properly serve Defendant in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.  However, failure to properly serve Defendant in accordance with this Order will likely result in the undersigned recommending to the District Judge that this case be dismissed without prejudice pursuant to Rule 4(m).[2]

In order to properly serve Defendant, Plaintiff must obtain a blank summons from the Clerk of Court, complete it, and provide the completed version to the Clerk of Court so that the Clerk can issue the summons.  Plaintiff must then serve Defendant with a copy of the issued summons and the Amended Complaint in accordance with Rule 4(h) of the Federal Rules of Civil Procedure.  This generally means hand delivery of the summons and complaint by a process server on Defendant's Registered Agent or other appropriate corporate officer.  *See* Fed. R. Civ. P. 4(h)(1).  The Clerk of Court is directed to provide Plaintiff this Court's Guide for Proceeding Without a Lawyer.  Plaintiff should review this guide, specifically pages 15–16 which address service of process, and shall properly serve Defendant, and file notice of same, on or before May 20, 2016.

Accordingly, it is **ORDERED**:

1.      **On or before May 20, 2016**, Plaintiff shall properly serve Defendant and file notice of same.  Failure to properly serve Defendant will likely result in the

---

[2] Even a dismissal without prejudice may have serious substantive consequences, if, for example, a statute of limitations bars Plaintiff from recovery.

undersigned recommending to the District Judge that this case be dismissed without

prejudice pursuant to Rule 4(m).

     2.     The Clerk of Court is directed to provide Plaintiff this Court's Guide for

Proceeding Without a Lawyer.

     **DONE AND ORDERED** at Jacksonville, Florida, on March 21, 2016.

_____

JOEL B. TOOMEY

United States Magistrate Judge

Copies to:

Pro Se Plaintiff (w/ Guide for Proceeding Without a Lawyer)